IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARSHALL RAYMOND MANN, | CV. 02-608-MO |
| Petitioner, | ORDER |
| v. | |
| JOAN PALMATEER, | |
| Respondent. | |

MOSMAN, District Judge.

On May 28, 2005, petitioner filed a Motion for Summary Judgment (#81). It has come to the court's attention that petitioner failed to serve copies of the Motion on counsel for respondent in violation of Fed. R. Civ. P. 5(a). Accordingly, the Motion is DENIED. Petitioner is ADVISED that he must serve copies of all motions on counsel for respondent.

IT IS SO ORDERED.

DATED this __14th__ day of July, 2005.

                                      /s/ Michael W. Mosman
                                      Michael W. Mosman
                                      United States District Judge